UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN CALLEIA,

Plaintiff,

CASE NO.:

vs.

AETNA LIFE INSURANCE COMPANY,

Defendant.

_______________________________/

## COMPLAINT

### STATEMENT OF THE CASE

1. This is an action for damages, attorney's fees and costs under the Employee Retirement Income Security Act of 1974, as amended (ERISA), 29 U.S.C. § 1001, *et seq.*, specifically 29 U.S.C. § 1132 (a)(1)(b).

### JURISDICTION AND VENUE

2. This Court has jurisdiction over Plaintiff's federal law claims pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132 (e).

3. Venue is proper in this district, pursuant to 28 U.S.C. § 1391 (b) and (c), because the Defendant's failure to comply with the plan occurred within this district.

### PARTIES AND GENERAL ALLEGATIONS

4. At all times relevant hereto Plaintiff, COLLEEN CALLEIA, was an "employee" of Home Depot USA, Inc., her "employer", as these terms are defined in 29 U.S.C. §§ 1002(5) and (6).

5. At all times relevant hereto Plaintiff was a "participant" in and "beneficiary" of a short term and long term disability insurance plans (hereinafter "STD/LTD PLANS"), as these terms are defined by 29 U.S.C. §§ 1002(7) and (8), and her insurance premium required for coverage under the STD/LTD PLAN has been fully paid or otherwise satisfied.

6. The STD/LTD PLAN is a component of an "employee welfare benefit plan" as defined by 29 U.S.C. § 1002(1) and may be sued under ERISA as an entity, pursuant to 29 U.S.C. § 132(d)(1). A copy of the short term disability plan is attached hereto as "Exhibit A", and incorporated by reference herein.

7. At all times relevant hereto Plaintiff's employer, Home Depot USA, Inc., was the "plan sponsor" as this term is defined by 29 U.S.C. § 1002(16)(B).

8. At all times relevant hereto Defendant, AETNA LIFE INSURANCE COMPANY, was the claim "administrator", of the STD/LTD PLANS, and a "fiduciary" as those terms are defined by 29 U.S.C. §§ 1002, (16) and (21).

9. At all times relevant hereto the business practices of Defendant, AETNA LIFE INSURANCE COMPANY, created a conflict of interest between its fiduciary duties to Plaintiff and its interest in maximizing profits.

10. At all times relevant hereto the STD/LTD PLANS provided for payment of short term and long term disability benefits in the event Plaintiff became "disabled", as defined in the STD/LTD PLANS.

11. At all times relevant hereto Plaintiff was and is "disabled" as that term is defined in the STD/LTD PLANS.

12. Defendant, AETNA LIFE INSURANCE COMPANY, made the final decision to deny benefits under the STD/LTD PLANS.

13. Plaintiff has filed or caused to be filed proofs of claim and performed all other conditions precedent to recovering benefits under the STD/LTD PLANS for the loss or losses herein claimed and has exhausted all necessary administrative remedies prior to filing this action, or exhaustion of administrative remedies would be futile.

**COUNT ONE**
**Action to Recover Plan Benefits**
**Pursuant to 29 U.S.C. § 1132(a)(1)(B)**
**Against AETNA LIFE INSURANCE COMPANY**

14. Plaintiff realleges and reavers paragraphs 1 through 13 of the Complaint, incorporating them by reference herein as if specifically restated.

15. Defendant, AETNA LIFE INSURANCE COMPANY, has failed and refused to pay Plaintiff sums due pursuant to the terms of the STD/LTD PLANS.

16. Plaintiff is entitled to recover attorney's fees and costs of litigation as authorized by 29 U.S.C. § 1132(g).

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an order granting relief from Defendant for benefits due under the STD/LTD PLANS, together with costs of litigation and attorney's fees and pre-judgment interest.

**COUNT TWO**
**Action to Clarify Right to Receive Plan Benefits**
**Pursuant to 29 U.S.C. § 1132(a)(1)(B)**
**Against AETNA LIFE INSURANCE COMPANY**

17. Plaintiff realleges and reavers paragraphs 1 through 13 of the Complaint, incorporating them by reference herein as if specifically restated.

18. Plaintiff is entitled to benefits under the STD/LTD PLANS.

19. Defendant, AETNA LIFE INSURANCE COMPANY, has denied that Plaintiff is entitled to benefits under the STD/LTD PLAN.

20. Plaintiff is entitled to recover attorney's fees and costs as authorized by 29 U.S.C. § 1132(g).

**WHEREFORE**, Plaintiff requests that this Honorable Court enter an order declaring her right to reinstatement under the STD/LTD PLANS and to future benefits under the STD/LTD PLAN, pursuant to 29 U.S.C. § 1132(a)(1)(B), pre-judgment interest, and award attorney's fees and costs of litigation pursuant to 29 U.S.C. § 1132(g).

s/Paul S. Kimsey
PAUL S. KIMSEY
Florida Bar No.: 0988472
Attorney for Plaintiff
KIMSEY LAW FIRM, P.A.
4012 Gunn Hwy.
Suite 140
Telephone: (813) 549-1001
Facsimile: (813) 265-1752
E-mail: pkimsey@kimseylaw.com