UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN CALLEIA,

      Plaintiff(s),

                                        CASE NO.: 8:17-CV-487-T-23JSS

vs.

AETNA LIFE INSURANCE COMPANY,

      Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, Colleen Calleia, by and through the undersigned counsel, and pursuant to Local Rule 3.08(a) hereby notifies this Honorable Court that the parties have reached an amicable resolution of the above-referenced matter.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that on August 1, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jonathan M. Fordin, Esquire, SHUTTS & BOWEN LLP, 200 South Biscayne Blvd., Suite 4100, Miami, FL 33131.

                                                    s/ Paul S. Kimsey
                                                    PAUL S. KIMSEY
                                                    Bar No.: 0988472
                                                    Attorney for Plaintiff
                                                    KIMSEY LAW FIRM, P.A.
                                                    4012 Gunn Hwy., Suite 140
                                                    Tampa, FL 33618
                                                    Telephone: (813) 549-1001
                                                    Fax: (813) 265-1752
                                                    E-mail: pkimsey@kimseylaw.com