UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN CALLEIA,

    Plaintiff,

v.                                              CASE NO. 8:17-cv-487-T-23JSS

AETNA LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 21), the action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 14, 2017.

                                                      STEVEN D. MERRYDAY
                                                    UNITED STATES DISTRICT JUDGE